

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00146-CR

Jeremy Aaron Bonsignore § From Criminal District Court No. 3

§ of Tarrant County (1316752D)

v. § June 30, 2016

§ Opinion by Justice Gardner

The State of Texas § (p)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for a new trial consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner